**No. 60675.**—Manca, Inc. *v.* United States, protests 274523–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60676.**—William Barnet & Son, Inc. *v.* United States, protest 273521–K (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 60677.**—Edwin G. O'Brien *v.* United States, protest 273663–K (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 60678.**—Porath & Magneheim, Inc. *v.* United States, protest 274358–K (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 60679.**—Sperry Gyroscope Company, Division of the Sperry Corporation *v.* United States, protest 275366–K (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 60680.**—Cosmos Shipping Company, Inc. *v.* United States, protest 278294–K (New York).

Opinion by WILSON, J. The protest was dismissed.